# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

131266

DIETRICH & ASSOCIATES and
EDGAR DIETRICH,
          Plaintiffs-Appellants,

v

ESTATE OF RICHARD MCQUADE,
Deceased, and DONNA MCQUADE,
          Defendants-Appellees.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131266
COA: 258283
Wayne CC: 03-308188-CK

_____/

On order of the Court, the application for leave to appeal the March 23, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



s0918

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_____
Clerk